```
IN THE UNITED STATES DISTRICT COURT
  FOR THE NORTHERN DISTRICT OF GEORGIA
           ATLANTA DIVISION
```

| | | |
|---|---|---|
| MEREDITH PARRISH, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | NO. 1:08-CV-3027-JOF-ECS |
| v. | : | |
| | : | **MINUTES OF TELEPHONE** |
| CORINTHIAN COLLEGES, INC. and | : | **CONFERENCE** |
| BRYAN GULEBIAN, | : | |
| Defendants. | : | |

The proceeding(s) indicated below was/were held in the above action on June 11, 2009, at 11:00 a.m.

Time in Conference: fifty minutes.

The following took part in a telephone conference:

E. Clayton Scofield III
United States Magistrate Judge

Thomas Nicholson
Counsel for Plaintiff

Lauren Zeldin
Counsel for Defendant Corinthian Colleges

   x    Oral argument/motion heard.  **[Doc. 48]**

**DISPOSITION:**

Upon consideration, for the reasons expressed in the telephone conference held to resolve the remaining issues presented in the motion to compel of Defendant Corinthian Colleges, [Doc. 48], the Court issued the following rulings:

Defendant's motion to compel as to certain issues discussed in the telephone conference is **GRANTED**. Specifically, Plaintiff must disclose her Comcast account number and any other email accounts. Second, Plaintiff must produce clear, legible copies of her credit card records from February 1, 2008, to present, if they have not already been produced. Third, if Plaintiff fails to provide Defendant with a release for her medical records regarding her treatment with Dr. Schubert, the Court will order the release by Dr. Schubert of those records to Defendant. Plaintiff must advise Defendant within ten (10) days if she will execute a release. Finally, upon consideration, the undersigned finds that an award of attorneys' fees is not justified under Federal Rule of Civil

Procedure 37(a)(5)(A).  Most of the discovery issues raised in the motion to compel were resolved without Court order, Plaintiff's responses in many respects were substantially justified, and the circumstances presented make an award of expenses unjust.  However, should Plaintiff fail to sign a release for her medical records from Dr. Schubert, the Court will consider an award of expenses, including attorneys' fees, to Defendant for its expenses necessarily incurred obtaining the Court's Order and pursuing the medical records by subpoena.

**MINUTES APPROVED:**

*s/ E. Clayton Scofield III*
E. CLAYTON SCOFIELD III
UNITED STATES MAGISTRATE JUDGE